**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) ) ) | |
| KAREN ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,*<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 25-00345-CV-W-BP |

**CLERK'S ORDER OF DISMISSAL**

On the 20th day of April, Notices of Voluntary Dismissal of Plaintiff Karen Adams was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on April 23, 2026, (Doc. 287), Karen Adams's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: April 23, 2026